IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | NO. 9:19-CR-31 |
| v. | § | |
| | § | JUDGE RON CLARK |
| JODY LEE BAKER | § | KEB |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received Judge Hawthorn's report on December 11, 2019, which recommends denying Defendant Jody Lee Baker's Motion to Suppress. [Dkt. #59]. Neither party have filed any objections to Judge Hawthorn's report and recommendation, and the time for so doing has passed.

In accordance with 28 U.S.C. § 636(b) the court conducted a *de novo* review of the Magistrate Judge's findings, the record, and the applicable law in this proceeding. After review, the court finds that Judge Hawthorn's findings and recommendations should be accepted.

Accordingly, the court **ORDERS** that the Magistrate Judge's report and recommendation [Dkt. #45] is **ADOPTED** and that Defendant Jody Lee Baker's Motion to Suppress [Dkt. #27] is **DENIED**.

**So Ordered and Signed**
Dec 11, 2019

_____
Ron Clark, Senior District Judge